# COURT OF COMMON PLEAS OF BALTIMORE CITY

Filed September 20, 1889.

NEWTON C. SEARCH ET AL.

VS.

THE SEARCH SOAP CO.

*C. C. Rhodes* for petitioner.

*Steele, Semmes & Carey* for mortgagees.

**DUFFY, J.—**

The corporation made a chattel mortgage to Charles E. Ellicott et al., preferring claims held by the mortgagees against the corporation and excluding all other creditors. The plaintiff filed a petition to have the corporation declared insolvent. Ellicott et al. demurred to the petition on the ground that a corporation could not be declared an insolvent. The Court overruled the demurrer.